Nash, C. J.
 

 The attempt on the part of the plaintiff to convert the original contract between him and the defendant into a bailment, cannot be sustained. It bears no ieature of such a
 
 *399
 
 transaction, but was a sale out and out of the horse, whereby the absolute title vested in the defendant; for, although the defendant, in consequence of his infancy, was not bound by the contract, the plaintiff was. Finding he was in danger of losing the horse, he consented to the proposition to take him back, and surrender the note. In substance, it was a resale by the defendant to the plaintiff. While the horse was so the property of the defendant, he was injured, and to recover'damages for such injury, the action is brought: — it cannot be maintained. There is no error in the opinion of the Court, and the judgment is affirmed.
 

 Per Curiam. Judgment affirmed.